L. Paul Mankin, IV (SBN 264038)
**LAW OFFICE OF PAUL MANKIN, APC**
4655 Cass Street, Suite 410
San Diego, CA 92109
pmankin@paulmankin.com
Tel: 800-219-3577
Fax: 323-207-3885

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSHIP CREDIT ACCEPTANCE, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:21-cv-00623-JGB-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EOS CCA WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kathleen Tankersley, by and through her undersigned counsel of record, hereby voluntarily dismisses Defendant Flagship Credit Acceptance, LLC. with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 9th Day of September, 2021.

                                  LAW OFFICE OF PAUL MANKIN, APC
By:   s/ L. Paul Mankin
                                Counsel for Plaintiff, Kathleen Tankersley

Filed electronically on this 9th day of September, 2021 with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

The Honorable Jesus G Bernal.
United States District Court
Central District of California

This 9th day of September, 2021.

/s/L. Paul Mankin
L. Paul Mankin